UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. AHLERING, Decedent; ANDREW J. AHLERING, II, Next of Line Kensington,<br><br>Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UC Health f/d/b/a UCSD Health Hillcrest, d/b/a UCLA, d/b/a UCLA P.D.; JERRALD BROWN, Governor; GAVIN NEWSOM, Lt. Governor; DOES Dr. 1–100; and DOES OTHER 101–1000,,<br><br>Defendants. | Case No.: 18-CV-2631 JLS (AGS)<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PAY FILING FEES REQUIRED BY 28 U.S.C. § 1914(a)**<br><br>(ECF No. 1) |

On November 16, 2018, Plaintiff Andrew J. Ahlering, II, proceeding *pro se*, filed a Complaint alleging causes of action for ID theft and false imprisonment, medical malpractice, conspiracy to commit homicide, and wrongful death arising out of the death of his father, Andrew J. Ahlering. *See generally* ECF No. 1. He seeks injunctive relief and damages in an amount not less than $10 million. *Id.* at Prayer.

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of

$400.¹  *See* 28 U.S.C. § 1914(a).  The action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

In the nine months since he filed his Complaint, Mr. Ahlering has not paid the required $400 filing fee or filed a motion to proceed *in forma pauperis*.  Consequently, Mr. Ahlering's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to pay the requisite filing fee.  No later than <u>twenty-one (21) calendar days</u> from the date this Order is electronically docketed, Mr. Ahlering must either pay the filing fee or move to proceed *in forma pauperis*.²  **Should Mr. Ahlering fail to pay the filing fee or move to proceed *in forma pauperis*, this action will remain dismissed without prejudice.**

**IT IS SO ORDERED.**

Dated: August 21, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

---

¹ In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50.  *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2016).  The additional $50 administrative fee does not apply to persons granted leave to proceed IFP.  *Id.*

² The Court notes that it is also doubtful that it has jurisdiction over Mr. Ahlering's Complaint, which asserts state law causes of action against Defendants that appear to be citizens of California.  Should Mr. Ahlering choose to pay the filing fee or move to proceed *in forma pauperis*, the Court will be obligated to assess its jurisdiction.  *See Wilson v. Lynch*, 835 F.3d 1083, 1091 (9th Cir. 2016) ("[Courts] have an independent obligation 'to examine jurisdictional issues . . . [sua sponte].'") (third alteration in original) (quoting *B.C. v. Plumas Unified Sch. Dist.*, 192 F.3d 1260, 1264 (9th Cir. 1999)).